**The People of the State of Illinois ex rel. Serafin Goliak, appellee, v. William E. Dever, mayor of the city of Chicago et al., appellants. Gen. No. 31,197.**
Petition for mandamus for transfer of retail beverage dealer's license. Order that respondent issue license to relator. Appeal from the Superior Court of Cook county; the Hon. William J. Lindsay, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed. Opinion filed February 7, 1927.

Francis X. Busch, Corporation Counsel, for appellants; Michael L. Rosinia, Roy S. Gaskill and W. Arnold Amberg, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.